# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MD Z. Ahmed aka Ahmed MD Zafor        CHAPTER 13

                             Debtor(s)        BKY. NO. 19-16384 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                              Respectfully submitted,
                                              **/s/ Rebecca A. Solarz Esquire**
                                              Rebecca A Solarz, Esquire
                                              Kevin G. McDonald, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 627-1322