| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| BFT | 100173 | 200602 | | 0000430232 | 1 |

# Earnings Statement

**ADP**

FS PHILADELPHIA MANAGEMENT INC
1628 JOHN F KENNEDY BLVD, STE 900
PHILADELPHIA, PA 19103

Period Ending: 10/20/2019
Pay Date: 10/25/2019

Taxable Marital Status:
  Federal:  Married
Exemptions/Allowances:
  Federal:  6

MD AHMED
2119 OAKMONT STREET
PHILADELPHIA  PA  19152

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8.0000 | 37.03 | 296.24 | 7,881.22 |
| Regular | 10.0931 | 41.62 | 420.07 | |
| Regular | 10.5000 | 37.87 | 397.64 | |
| Oth Svc Chg 1 | | | 1,371.28 | 3,450.79 |
| Rs Svc Charge | | | 1,175.78 | 6,578.46 |
| Shift Prem 1 | 1.0000 | 137.49 | 137.49 | 234.02 |
| Weighted Ot | 14.8298 | 17.77 | 263.53 | 1,848.12 |
| Weighted Ot | 17.2709 | 18.75 | 323.83 | |
| Declared Tips | | | | 2.00 |
| Retro | | | | 46.57 |
| Vernick Cof Br | | | | 160.77 |
| **Gross Pay** | | | **$4,385.86** | 20,201.95 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $4,166.57

**Other Benefits and Information**   this period   total to date
Hire Date                                            06/24/2019

**Important Notes**
YOUR HOURLY RATE HAS BEEN CHANGED FROM 9.5000 TO 10.5000.

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -314.32 | 978.95 |
| | Social Security Tax | -271.92 | 1,252.52 |
| | Medicare Tax | -63.60 | 292.93 |
| | PA State Income Tax | -134.65 | 620.18 |
| | Philadelphia Income Tax | -169.78 | 782.05 |
| | PA SUI/SDI Tax | -2.63 | 12.12 |
| | **Other** | | |
| | 401K | -219.29* | 405.04 |
| | Declared Tips | | 2.00 |
| **Net Pay** | | **$3,209.67** | |
| | Checking 2 | -3,209.67 | 14,876.23 |
| **Net Check** | | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:  Single
Exemptions/Allowances:
  PA:  N/A

© 2000 ADP, LLC

---

FS PHILADELPHIA MANAGEMENT INC
1628 JOHN F KENNEDY BLVD, STE 900
PHILADELPHIA, PA 19103

Advice number: 00000430232
Pay date: 10/25/2019

Deposited to the account of
MD AHMED

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx8769 | xxxx xxxx | $3,209.67 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| BFT | 100173 | 200602 | | 0000410232 | 1 |

# Earnings Statement

**ADP**

FS PHILADELPHIA MANAGEMENT INC
1628 JOHN F KENNEDY BLVD, STE 900
PHILADELPHIA, PA 19103

Period Ending: 10/06/2019
Pay Date: 10/11/2019

Taxable Marital Status:
 Federal:   Married

Exemptions/Allowances:
 Federal:   6

MD AHMED
2119 OAKMONT STREET
PHILADELPHIA PA 19152

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8.0000 | 21.32 | 170.56 | 6,767.27 |
| Regular | 9.5000 | 80.60 | 765.70 | |
| Oth Svc Chg 1 | | | 943.01 | 2,079.51 |
| Retro | | | 46.57 | 46.57 |
| Rs Svc Charge | | | 1,319.02 | 5,402.68 |
| Shift Prem 1 | 1.0000 | 65.60 | 65.60 | 96.53 |
| Weighted Ot | 12.4318 | .72 | 8.95 | 1,260.76 |
| Weighted Ot | 18.6558 | 21.20 | 395.50 | |
| Declared Tips | | | | 2.00 |
| Vernick Cof Br | | | | 160.77 |
| **Gross Pay** | | | **$3,714.91** | 15,816.09 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $3,529.16

**Other Benefits and Information** | this period | total to date
Hire Date | | 06/24/2019

**Additional Tax Withholding Information**
Taxable Marital Status:
 PA:    Single
Exemptions/Allowances:
 PA:    N/A

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -237.82 | 664.63 |
| | Social Security Tax | -230.33 | 980.60 |
| | Medicare Tax | -53.86 | 229.33 |
| | PA State Income Tax | -114.04 | 485.53 |
| | Philadelphia Income Tax | -143.81 | 612.27 |
| | PA SUI/SDI Tax | -2.23 | 9.49 |
| | **Other** | | |
| | 401K | -185.75* | 185.75 |
| | Declared Tips | | 2.00 |
| **Net Pay** | | **$2,747.07** | |
| | Checking 2 | -2,747.07 | 11,666.56 |
| **Net Check** | | **$0.00** | |

© 2000 ADP, LLC

FS PHILADELPHIA MANAGEMENT INC
1628 JOHN F KENNEDY BLVD, STE 900
PHILADELPHIA, PA 19103

Advice number: 00000410232
Pay date: 10/11/2019

Deposited to the account of | account number | transit ABA | amount
MD AHMED | xxxxxx8769 | xxxx xxxx | $2,747.07

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|---|---|---|---|---|---|
| BFT | 100173 | 200602 | | 0000370212 | 1 |

## Earnings Statement

**ADP**

FS PHILADELPHIA MANAGEMENT INC
1628 JOHN F KENNEDY BLVD, STE 900
PHILADELPHIA, PA 19103

Period Ending: 09/08/2019
Pay Date: 09/13/2019

Taxable Marital Status:
  Federal:  Married
Exemptions/Allowances:
  Federal:  6

MD AHMED
2119 OAKMONT STREET
PHILADELPHIA  PA  19152

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.5000 | 83.52 | 876.96 | 4,869.99 |
| Rs Svc Charge | | | 928.60 | 3,060.89 |
| Weighted Ot | 11.6195 | 4.15 | 48.22 | 203.12 |
| Declared Tips | | | | 2.00 |
| Vernick Cof Br | | | | 160.77 |
| **Gross Pay** | | | **$1,853.78** | 8,296.77 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hire Date | | 06/24/2019 |

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:  Single
Exemptions/Allowances:
  PA:  N/A

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -43.08 | 155.96 |
| | Social Security Tax | -114.93 | 514.40 |
| | Medicare Tax | -26.88 | 120.30 |
| | PA State Income Tax | -56.91 | 254.70 |
| | Philadelphia Income Tax | -71.76 | 321.18 |
| | PA SUI/SDI Tax | -1.11 | 4.98 |
| | **Other** | | |
| | Declared Tips | | 2.00 |
| | **Net Pay** | **$1,539.11** | |
| | Checking 2 | -1,539.11 | 5,943.32 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,853.78

© 2000 ADP, LLC

FS PHILADELPHIA MANAGEMENT INC
1628 JOHN F KENNEDY BLVD, STE 900
PHILADELPHIA, PA 19103

Advice number:  00000370212
Pay date:  09/13/2019

Deposited to the account of
MD AHMED

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8769 | xxxx xxxx | $1,539.11 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| BFT | 100173 | 200602 | | 0000350218 | 1 |

# Earnings Statement

ADP

FS PHILADELPHIA MANAGEMENT INC
1628 JOHN F KENNEDY BLVD, STE 900
PHILADELPHIA, PA 19103

Period Ending:  08/25/2019
Pay Date:  08/30/2019

Taxable Marital Status:
Federal:   Married

Exemptions/Allowances:
Federal:   6

MD AHMED
2119 OAKMONT STREET
PHILADELPHIA PA 19152

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.5000 | 83.90 | 880.95 | 3,993.03 |
| Rs Svc Charge | | | 1,172.98 | 2,132.29 |
| Weighted Ot | 12.0767 | 1.08 | 13.04 | 154.90 |
| Weighted Ot | 12.3973 | 2.82 | 34.96 | |
| Declared Tips | | | | 2.00 |
| Vernick Cof Br | | | | 160.77 |
| **Gross Pay** | | | **$2,101.93** | 6,442.99 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hire Date | | 06/24/2019 |

**Additional Tax Withholding Information**
Taxable Marital Status:
PA:   Single
Exemptions/Allowances:
PA:   N/A

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -67.90 | 112.88 |
| Social Security Tax | -130.32 | 399.47 |
| Medicare Tax | -30.47 | 93.42 |
| PA State Income Tax | -64.53 | 197.79 |
| Philadelphia Income Tax | -81.37 | 249.42 |
| PA SUI/SDI Tax | -1.27 | 3.87 |

Other
| | | |
|---|---|---|
| Declared Tips | | 2.00 |
| **Net Pay** | **$1,726.07** | |
| Checking 2 | -1,726.07 | 4,404.21 |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,101.93

© 2000 ADP, LLC

FS PHILADELPHIA MANAGEMENT INC
1628 JOHN F KENNEDY BLVD, STE 900
PHILADELPHIA, PA 19103

Advice number:   00000350218
Pay date:   08/30/2019

Deposited to the account of
MD AHMED

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8769 | xxxx xxxx | $1,726.07 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|---|---|---|---|---|---|
| BFT | 100173 | 200602 | | 0000330211 | 1 |

# Earnings Statement

**ADP**

FS PHILADELPHIA MANAGEMENT INC
1628 JOHN F KENNEDY BLVD, STE 900
PHILADELPHIA, PA 19103

Period Ending:  08/11/2019
Pay Date:       08/16/2019

Taxable Marital Status:
  Federal:    Married

Exemptions/Allowances:
  Federal:    6

MD AHMED
2119 OAKMONT STREET
PHILADELPHIA  PA  19152

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 81.36 | 976.32 | 3,112.08 |
| Declared Tips | | | 2.00 | 2.00 |
| Rs Svc Charge | | | 643.40 | 959.31 |
| Vernick Cof Br | | | 160.77 | 160.77 |
| Weighted Ot | 11.2409 | 8.03 | 90.26 | 106.90 |
| **Gross Pay** | | | **$1,872.75** | 4,341.06 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -44.98 | 44.98 |
| | Social Security Tax | -116.11 | 269.15 |
| | Medicare Tax | -27.16 | 62.95 |
| | PA State Income Tax | -57.49 | 133.26 |
| | Philadelphia Income Tax | -72.50 | 168.05 |
| | PA SUI/SDI Tax | -1.12 | 2.60 |
| **Other** | | | |
| | Declared Tips | -2.00 | 2.00 |
| **Net Pay** | | **$1,551.39** | |
| | Checking 2 | -1,551.39 | 2,678.14 |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hire Date | | 06/24/2019 |

**Additional Tax Withholding Information**

Taxable Marital Status:
  PA:    Single
Exemptions/Allowances:
  PA:    N/A

Your federal taxable wages this period are $1,872.75

© 2000 ADP, LLC

FS PHILADELPHIA MANAGEMENT INC
1628 JOHN F KENNEDY BLVD, STE 900
PHILADELPHIA, PA 19103

Advice number:    00000330211
Pay date:         08/16/2019

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MD AHMED | xxxxxx8769 | xxxx xxxx | $1,551.39 |

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| BFT | 100173 | 200602 | | 0000300195 | 010 1 |

# Earnings Statement

**ADP**

FS PHILADELPHIA MANAGEMENT INC
1628 JOHN F KENNEDY BLVD, STE 900
PHILADELPHIA, PA 19103

Period Ending: 07/21/2019
Pay Date: 07/26/2019

Taxable Marital Status:
  Federal:   Married

Exemptions/Allowances:
  Federal:   6

MD AHMED
2219 OAKMONT STREET
PHILADELPHIA PA 19124

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 41.57 | 498.84 | 1,647.00 |
| Weighted Ot | 5.9900 | 1.57 | 9.40 | 9.40 |
| **Gross Pay** | | | **$508.24** | 1,656.40 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hire Date | | 06/24/2019 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -31.51 | 102.70 |
| | Medicare Tax | -7.37 | 24.02 |
| | PA State Income Tax | -15.60 | 50.85 |
| | Philadelphia Income Tax | -19.67 | 64.12 |
| | PA SUI/SDI Tax | -0.30 | 0.99 |
| **Net Pay** | | **$433.79** | |
| | Checking 2 | -433.79 | 433.79 |
| **Net Check** | | **$0.00** | |

### Additional Tax Withholding Information
Taxable Marital Status:
  PA:   Single
Exemptions/Allowances:
  PA:   N/A

Your federal taxable wages this period are $508.24

© 2000 ADP, LLC

FS PHILADELPHIA MANAGEMENT INC
1628 JOHN F KENNEDY BLVD, STE 900
PHILADELPHIA, PA 19103

Advice number: 00000300195
Pay date: 07/26/2019

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MD AHMED | xxxxxx8769 | xxxx xxxx | $433.79 |

**NON-NEGOTIABLE**