# Earnings Statement

**ADP**

FS PHILADELPHIA MANAGEMENT INC
1628 JOHN F KENNEDY BLVD, STE 900
PHILADELPHIA, PA 19103

Period Beginning: 12/16/2019
Period Ending: 12/29/2019
Pay Date: 01/03/2020

Taxable Marital Status:
  Federal: Married
Exemptions/Allowances:
  Federal: 6

MD AHMED
2119 OAKMONT STREET
PHILADELPHIA PA 19152

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8.0000 | 21.52 | 172.16 | 1,039.99 |
| Regular | 10.5000 | 82.65 | 867.83 | |
| Holiday Pay | 10.5000 | 8.00 | 84.00 | 84.00 |
| Lamill Grat | | | 491.79 | 491.79 |
| Oth Svc Chg 1 | | | 859.71 | 859.71 |
| Rs Svc Charge | | | 1,102.56 | 1,102.56 |
| Weighted Ot | 14.1328 | 6.93 | 97.94 | 350.16 |
| Weighted Ot | 14.6386 | 17.23 | 252.22 | |
| **Gross Pay** | | | **$3,928.21** | 3,928.21 |

Your federal taxable wages this period are $3,888.93

**Other Benefits and Information**   this period   total to date
Hire Date                                          06/24/2019

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: N/A

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -281.00 | 281.00 |
| | Social Security Tax | -243.55 | 243.55 |
| | Medicare Tax | -56.96 | 56.96 |
| | PA State Income Tax | -120.59 | 120.59 |
| | Philadelphia Income Tax | -152.06 | 152.06 |
| | PA SUI/SDI Tax | -2.36 | 2.36 |
| | **Other** | | |
| | 401K | -39.28* | 39.28 |
| | **Net Pay** | **$3,032.41** | |
| | Checking 2 | -3,032.41 | 3,032.41 |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

© 2000 ADP, LLC

FS PHILADELPHIA MANAGEMENT INC
1628 JOHN F KENNEDY BLVD, STE 900
PHILADELPHIA, PA 19103

Advice number: 00000010190
Pay date: 01/03/2020



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MD AHMED | xxxxxx8769 | xxxx xxxx | $3,032.41 |

**NON-NEGOTIABLE**