# Earnings Statement

**ADP**

CO. FILE DEPT. CLOCK VCHR. NO.
BFT 100173 200602      0000390225    1

FS PHILADELPHIA MANAGEMENT INC
1628 JOHN F KENNEDY BLVD, STE 900
PHILADELPHIA, PA 19103

Period Ending:  09/22/2019
Pay Date:       09/27/2019

Taxable Marital Status:
  Federal:       Married
Exemptions/Allowances:
  Federal:       6

MD AHMED
2119 OAKMONT STREET
PHILADELPHIA   PA  19152

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.5000 | 101.16 | 961.02 | 5,831.01 |
| Oth Svc Chg 1 | | | 1,136.50 | 1,136.50 |
| Rs Svc Charge | | | 1,022.77 | 4,083.66 |
| Shift Prem 1 | 1.0000 | 30.93 | 30.93 | 30.93 |
| Weighted Ot | 22.8947 | 11.52 | 263.75 | 856.31 |
| Weighted Ot | 40.3566 | 9.65 | 389.44 | |
| Declared Tips | | | | 2.00 |
| Vernick Cof Br | | | | 160.77 |
| **Gross Pay** | | | **$3,804.41** | 12,101.18 |

Your federal taxable wages this period are
$3,804.41

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hire Date | | 06/24/2019 |

**Important Notes**
YOUR HOURLY RATE HAS BEEN CHANGED FROM 10.5000 TO 9.5000.

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:            Single
Exemptions/Allowances:
  PA:            N/A

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -270.85 | 426.81 |
| | Social Security Tax | -235.87 | 750.27 |
| | Medicare Tax | -55.17 | 175.47 |
| | PA State Income Tax | -116.79 | 371.49 |
| | Philadelphia Income Tax | -147.28 | 468.46 |
| | PA SUI/SDI Tax | -2.28 | 7.26 |
| | Other | | |
| | Declared Tips | | 2.00 |
| **Net Pay** | | **$2,976.17** | |
| | Checking 2 | -2,976.17 | 8,919.49 |
| **Net Check** | | **$0.00** | |

---

FS PHILADELPHIA MANAGEMENT INC
1628 JOHN F KENNEDY BLVD, STE 900
PHILADELPHIA, PA 19103

Advice number:    00000390225
Pay date:         09/27/2019

Deposited to the account of
MD AHMED

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8769 | xxxx xxxx | $2,976.17 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

© 2000 ADP, LLC

BFT  100173  200602         0000370212

# Earnings Statement

**ADP**

FS PHILADELPHIA MANAGEMENT INC
1628 JOHN F KENNEDY BLVD, STE 900
PHILADELPHIA, PA 19103

Period Ending:  09/08/2019
Pay Date:       09/13/2019

Taxable Marital Status:
  Federal:           Married
Exemptions/Allowances:
  Federal:           6

MD AHMED
2119 OAKMONT STREET
PHILADELPHIA PA 19152

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.5000 | 83.52 | 876.96 | 4,869.99 |
| Rs Svc Charge | | | 928.60 | 3,060.89 |
| Weighted Ot | 11.6195 | 4.15 | 48.22 | 203.12 |
| Declared Tips | | | | 2.00 |
| Vernick Cof Br | | | | 160.77 |
| **Gross Pay** | | | **$1,853.78** | 8,296.77 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hire Date | | 06/24/2019 |

**Additional Tax Withholding Information**

Taxable Marital Status:
  PA:           Single
Exemptions/Allowances:
  PA:           N/A

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -43.08 | 155.96 |
| | Social Security Tax | -114.93 | 514.40 |
| | Medicare Tax | -26.88 | 120.30 |
| | PA State Income Tax | -56.91 | 254.70 |
| | Philadelphia Income Tax | -71.76 | 321.18 |
| | PA SUI/SDI Tax | -1.11 | 4.98 |
| | Other | | |
| | Declared Tips | | 2.00 |
| **Net Pay** | | **$1,539.11** | |
| | Checking 2 | -1,539.11 | 5,943.32 |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $1,853.78

© 2000 ADP, LLC

FS PHILADELPHIA MANAGEMENT INC
1628 JOHN F KENNEDY BLVD, STE 900
PHILADELPHIA, PA 19103

Advice number:  00000370212
Pay date:       09/13/2019

**THIS IS NOT A CHECK**

Deposited to the account of
MD AHMED

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8769 | xxxx xxxx | $1,539.11 |

**NON-NEGOTIABLE**