# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  MD ZAFOR AHMED | : | CHAPTER 13 |
| | : | |
| Debtor | : | NO. 19-16384 |

## CERTIFICATE OF SERVICE

    I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that I have sent copies of the First Amended Chapter 13 Plan by email and/or regular mail to the addresses indicated below:

/s/ Paul H. Young
PAUL H. YOUNG, ESQUIRE
Attorney for Debtors

Dated: February 5, 2020

Trustee

U.S. Trustee's Office

Rebecca Solarz, Esquire
Attorney for PennyMac Loan Servicing

CarFinance a Flagship Credit Company
bankruptcy@flagshipcredit.com

All creditors on matrix

Debtor