**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   MD ZAFOR AHMED
        Debtor                    :   BANKRUPTCY NO. 19-16384

**CERTIFICATION OF NO RESPONSE AND**
**CERTIFICATION OF UNCONTESTED APPLICATION FOR COUNSEL FEES**

    I, PAUL H. YOUNG, ESQUIRE, attorney for Debtors listed above, certify the following:

1.    On March 9, 2020, I served a true and correct copy of the attached Notice of Application for Counsel Fees on the Debtors, Trustee and all interested parties.

2.    I have not received a responsive pleading from any party in interest within the time period provided by the Rules of Court.

    WHEREFORE, it is respectfully requested that this Honorable Court grant the Application for Counsel Fees and enter the proposed Order attached hereto.

                                      Respectfully submitted,

                                      /s/ Paul H. Young
                                      Paul H. Young, Esquire
                                      Young, Marr & Associates
                                      3554 Hulmeville Road
                                      Suite 102
                                      Bensalem, PA   19020
                                      Phone:   (215) 639-5297
                                      Fax:      (215) 639-1344
                                      support@ymalaw.com