# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MD Z. Ahmed,<br>      Debtor<br><br>PennyMac Loan Services, LLC.,<br>      Movant<br><br>vs.<br><br>MD Z. Ahmed, and Kenneth E. West<br>Chapter 13 Trustee<br>      Respondents | Chapter 13<br><br>Case No. 19-16384-mdc |

      PennyMac Loan Services, LLC filed a Motion for Approval of Loan Modification to property at 2119 Oakmont Street, Philadelphia, PA 19152.

      **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

      1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before March 14, 2022, you or your attorney must do <u>all</u> of the following:

      (a)      file an answer explaining your position at

      United States Bankruptcy Court
      For the Eastern District of Pennsylvania
      900 Market Street
      Suite 400
      Philadelphia, Pennsylvania 19107

      If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b)      mail a copy to the Movant's attorney:

      Andrew M. Lubin, Esquire
      McCabe, Weisberg & Conway, LLC
      123 S. Broad Street
      Suite 1400
      Philadelphia, PA 19109
      Phone: (215)790-1010

Fax: (215)790-1274

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before Judge Magdeline D. Coleman on March 31, 2022 at 11:00a.m. in Courtroom #2, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, Pennsylvania 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

Date: February 28, 2022