**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   :<br>MD Z. Ahmed,<br>          Debtor<br><br>PennyMac Loan Services, LLC.,<br>     Movant<br>          vs.<br><br>MD Z. Ahmed and<br>Kenneth E. West (Chapter 13), Trustee<br>          Respondents | Chapter 13<br><br>Case No.  19-16384-mdc |

**CERTIFICATION OF SERVICE OF MOTION FOR APPROVAL OF LOAN MODIFICATION**

I, Andrew M. Lubin, attorney for PennyMac Loan Services, LLC, hereby certify that I served a true and correct copy of the foregoing Motion for Approval of Loan Modification, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: February 28, 2022

| | | |
|---|---|---|
| MD Z. Ahmed<br>2119 Oakmont Street<br>Philadelphia, PA 19152 | Paul H. Young, Esquire<br>Young, Marr, Mallis & Deane, LLC<br>3554 Hulmeville Rd.<br>Ste 102<br>Bensalem, PA 19020 | Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 |

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

/s/ Andrew M. Lubin
MARGARET GAIRO, ESQUIRE ID # 34419
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID #54297
Attorney for PennyMac Loan Services, LLC.
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com