# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>MD Z. Ahmed<br>aka Ahmed MD Zafor<br><br>Debtor(s) | Case No.: 19-16384 MDC<br><br>Chapter 13 |
|---|---|

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of PENNYMAC LOAN SERVICES, LLC in relation to a claim secured by real property commonly known as 2119 Oakmont Street, Philadelphia, PA 19152 and identified by account number *******1243.

Request is made that all notices pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature be served as follows:

POWERS KIRN, LLC
Attorneys for PENNYMAC LOAN SERVICES, LLC
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
bankruptcy@powerskirn.com


Dated: September 11, 2023

POWERS KIRN, LLC

By: /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Karina Velter, Esq.; Atty ID #94781
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MD Z. Ahmed<br>aka Ahmed MD Zafor<br><br>Debtor(s) | Case No.: 19-16384 MDC<br><br>Chapter 13 |

CERTIFICATION OF SERVICE
OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on September 11, 2023.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

Parties served via Electronic Notification:

Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia PA  19107
info@ph13trustee.com
Trustee

Paul H. Young, Esquire
3554 Hulmeville Road, Suite 102
Bensalem PA  19020
support@ymalaw.com
Attorney for Debtor/Debtors

Parties served via First-Class Mail:

MD Z. Ahmed
aka Ahmed MD Zafor
2119 Oakmont Street
Philadelphia PA  19152
Debtor

Dated:  September 11, 2023

POWERS KIRN, LLC

By:  /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Karina Velter, Esq.; Atty ID #94781
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant