Certificate Number: 03621-PAE-DE-038558776

Bankruptcy Case Number: 19-16384



03621-PAE-DE-038558776

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 10, 2024, at 2:29 o'clock PM EDT, Md Z Ahmed completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 10, 2024

By: /s/Debora Velasquez

Name: Debora Velasquez

Title: Credit Counselor