United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16384-pmm |
| MD Z. Ahmed | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 11, 2024 | Form ID: 138OBJ | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MD Z. Ahmed, 2119 Oakmont Street, Philadelphia, PA 19152-4005 |
| 14579517 | + | PENNYMAC LOAN SERVICES, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14443427 | + | PENNYMAC LOAN SERVICES, LLC., c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14579637 | + | Pennymac Loan Services,LLC, c/o Lauren M.Moyer,Esquire, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14814034 | + | Pennymac Loan Services,LLC, c/o Jill Manuel-Coughlin, Esq., Powers Kirn,LLC, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 12 2024 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 12 2024 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14416592 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 12 2024 00:33:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 14483817 | | Email/Text: megan.harper@phila.gov | Jun 12 2024 00:34:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14403530 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 12 2024 00:36:18 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14403531 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 12 2024 00:36:04 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14438227 | + | Email/Text: bankruptcy@flagshipcredit.com | Jun 12 2024 00:34:00 | CarFinance a Flagship Credit Company, P.O. Box 3807, Coppell, TX 75019-5877 |
| 14403532 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 12 2024 00:34:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14403533 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 12 2024 00:34:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 14403534 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 12 2024 00:36:04 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14403535 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 12 2024 00:36:19 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14403536 | | Email/Text: mrdiscen@discover.com | Jun 12 2024 00:33:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14403537 | | Email/Text: mrdiscen@discover.com | | |

Case 19-16384-pmm   Doc 73   Filed 06/13/24   Entered 06/14/24 00:37:33   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 11, 2024 | Form ID: 138OBJ | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 12 2024 00:33:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14403539 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 12 2024 00:36:39 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14403538 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 12 2024 00:36:18 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14403540 | + | Email/PDF: pa_dc_claims@navient.com | Jun 12 2024 00:36:05 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 14403541 | ^ | MEBN | Jun 12 2024 00:23:33 | Navient, Po Box 3229, Wilmington, DE 19804-0229 |
| 14442574 | ^ | MEBN | Jun 12 2024 00:23:25 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14403545 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 12 2024 00:36:19 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14403544 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 12 2024 00:36:19 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14429114 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 12 2024 00:36:19 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14441952 | + | Email/PDF: ebnotices@pnmac.com | Jun 12 2024 00:36:20 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14687608 | | Email/PDF: ebnotices@pnmac.com | Jun 12 2024 00:36:38 | PennyMac Loan Services, LLC, P.O. Box 30597, Los Angeles CA 90030-0597 |
| 14403543 | + | Email/PDF: ebnotices@pnmac.com | Jun 12 2024 00:36:05 | Pennymac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14403542 | + | Email/PDF: ebnotices@pnmac.com | Jun 12 2024 00:36:19 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14440309 | | Email/Text: ebn_bkrt_forms@salliemae.com | Jun 12 2024 00:34:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 13, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 11, 2024 | Form ID: 138OBJ | Total Noticed: 31 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |
| KARINA VELTER | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC karina.velter@powerskirn.com, bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARISA MYERS COHEN | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| PAUL H. YOUNG | on behalf of Debtor MD Z. Ahmed support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: MD Z. Ahmed
    Debtor(s)

Case No: 19−16384−pmm
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                   Suite 400
             Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/11/24